UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SHANNON L. BENTLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:20CV159-PPS/APR ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

The United States Magistrate Judge's Opinion and Order containing his findings, report and recommendation [Doc. 22] was issued July 20, 2021, and the 14-day window within which to object has passed with no objections filed.

ACCORDINGLY,

Upon careful consideration of the magistrate judge's Opinion and Order and the lack of objections thereto, his findings, report and recommendation [DE 22] are ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying plaintiff Shannon L. Bentley's application for Social Security disability benefits is REVERSED, and the matter is REMANDED to the Commissioner for further proceedings consistent with the magistrate judge's analysis.

The Clerk shall enter judgment in favor of plaintiff and against the defendant.

ENTERED: August 5, 2021.      /s/   Philip P. Simon
                               UNITED STATES DISTRICT JUDGE

---

[1] The automatic substitution of the Acting Commissioner occurs pursuant to Fed.R.Civ.P. 25(d).